# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO D. SIGALA, <br><br>                     Plaintiff, <br> vs. <br> ARROW FINANCIAL SERVICES, LLC, RICK GONZALEZ, AND DAVID FRYER, <br><br>                     Defendant. | CASE NO. 05cv0074-WMc <br><br> ORDER |

On or before January 26, 2007, the parties shall each submit to the Court a proposed findings of fact and conclusions of law. Counsel may electronically file their documents using the following address efile_mccurine@casd.uscourts.gov.

IT IS SO ORDERED.

DATED: January 9, 2007

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court