# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Ernesto D. Sigala,

V.

Arrow Financial Services, LLC, Rick Gonzalez, and
David Fryer,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 05cv74(WMc)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the defendants are not liable to Sigala in any amount whatsoever, including, but not limited to, costs and attorneys fees incurred in this matter. Judgment shall be entered in favor of the defendants and against plaintiff..................................................................................................................................
................................................................................................................................................

| February 22, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

B. Robinson
(By) Deputy Clerk

ENTERED ON February 22, 2007

05cv74(WMc)